UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X    21 MC 100 (AKH)

                                                                               Hon. Alvin K. Hellerstein,
IN RE: WORLD TRADE CENTER DISASTER SITE     U.S.D.J.
LITIGATION

                                                                               **RULE 7.1 STATEMENT OF**
                                                                               **AMEC CONSTRUCTION**
                                                                               **MANAGEMENT, INC.**

-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AMEC CONSTRUCTION MANAGEMENT, INC. certifies that AMEC Construction Management, Inc. is wholly owned by AMEC Holdings, Inc.  Both AMEC Properties and Overseas Investments, Ltd. and AMEC USA Ltd. own a greater than ten percent share of AMEC Holdings, Inc.  AMEC Properties and Overseas Investments, Ltd. and AMEC USA Ltd. are wholly owned by AMEC plc, a publicly traded company in the United Kingdom.

Dated: Newark, New Jersey         PATTON BOGGS LLP
       November 28, 2006

                                     By: _____
                                          James E. Tyrrell, Jr. (JT-6837)
                                          One Riverfront Plaza, 6th floor
                                          Newark, NJ 07102
                                          (973) 868-5600
                                          JTyrrell@PattonBoggs.com

                                          *Attorneys for defendant* AMEC Construction Management, Inc.